# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| LUIS ALBERTO LUGO-VELEZ, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:15-cv-1212-VEH-JHE |
| FEDERAL BUREAU OF PRISONS, et al., | ) |
| Defendants. | ) |

## MEMORANDUM OF OPINION

The magistrate judge filed a report on February 2, 2017, recommending that the defendants' motion for summary judgment (doc. 26) be granted and that the plaintiff's claims against all defendants be dismissed with prejudice. Although the parties were advised of their right to file specific, written objections within fourteen (14) days, no objections have been received by the court.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the magistrate judge's report is **ADOPTED** and the recommendation is **ACCEPTED**. The court expressly finds no genuine issues of material fact exist and the defendants are entitled to judgment in their favor. Accordingly, the court **ORDERS** that the defendants' motion for summary judgment is **GRANTED.** A final judgment will be entered.

**DONE** and **ORDERED** this 28th day of February, 2017.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge